IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKIE HILL**                                                                                              **PLAINTIFF**

**v.**                          **Case No. 4:15-cv-00438 KGB**

**CITY OF SEARCY, ARKANSAS, and**
**BRAD BELL, Owner of Mayfair**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed; the relief sought is denied.

Dated this 5th day of May, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE